FILED
July 28, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002809770

Amy Spencer-Martyn (CASB#248069)
2201 Court Street
Redding, CA 96001
530-244-0300
530-244-0302 facsimile

ATTORNEY FOR DEBTOR

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

In re: KEVIN MARK BALDWIN
CHERYL ANN BALDWIN

Debtor(s).

Case No. 2010-38241
D.C. No. ASM-1

Date: AUGUST 31, 2010
Time: 9:30 AM
Courtroom: 35
Judge: KLEIN

**DEBTORS' MOTION TO COMPEL ABANDONMENT OF TRUSTEE'S INTEREST IN DEBTOR'S THE PALM TREE SPECIALIST BUSINESS**

Debtors respectfully request an order determining that the Chapter 7 Trustee, John Reger, has no interest in Debtors' The Palm Tree Specialist business and that the Trustee's interest be deemed abandoned.

The grounds for relief are as follows:

1. Debtor Kevin Baldwin is a Palm Tree Specialist, conducting his business at rented/leased premises located at 13905 Trinity Mtn Road, French Gulch, California. Debtors have filed their Schedule B under penalty of perjury attesting to their belief that the business value is made up of Tree Trimming tools valued at $2,000.00. Debtors have approximately $18,595.00 remaining of their CCP703.140(b)(5) wildcard exemption available in the event the business or its parts are determined to have a higher value. Mr. Baldwin does not believe any licensed Palm Tree Specialist

1

would want to practice in his name.

Respectfully Submitted,

Date: _____  /s/ Amy Spencer-Martyn
Amy Spencer-Martyn, SBN 248069

2